1

2                          UNITED STATES DISTRICT COURT
                           WESTERN DISTRICT OF WASHINGTON
3                                    AT TACOMA

4    ROGER SANDERS,

5                    Petitioner,
                                                    Case No. C06-5720FDB
6           v.
                                                     ORDER ADOPTING REPORT
7    LEWIS COUNTY JAIL,                              AND RECOMMENDATION

8                    Respondent.

9

10          Petitioner seeks to "discontinue" the petition herein and to take evidence from this petition

11   and attach it to a "new claim."  The matter is confused because the referenced documents were not

12   attached.  Petitioner responds to the Report and Recommendation stating that if the documents are

13   not in this case file, they must be in C07-5001FDB, but a review of the docket does not reflect this.

14   Accordingly, the Magistrate Judge's recommendation to allow a voluntary nonsuit is appropriate.

15          The Court having reviewed the Report and Recommendation of the Hon. J. Kelley Arnold

16   United States Magistrate Judge, objections to the Report and Recommendation, if any, and the

17   remaining record, does hereby find and Order:

18          (1)    The Court adopts the Report and Recommendation;

19          (2)    The petition is **DISMISSED WITHOUT PREJUDICE** for the reasons stated in the
20                 Report and Recommendation

21          (3)    The clerk is directed to send copies of this Order to Petitioner, **to send petitioner the
                   forms and copies as outlined in the Report and Recommendation,** and to send a
22                 copy of this order to the Hon. J. Kelley Arnold.

23          DATED this 2nd day of March 2007.

24

25
                                                 _____
26                                               FRANKLIN D. BURGESS
                                                 UNITED STATES DISTRICT JUDGE
27

28   ORDER - 1