# United States District Court

WESTERN DISTRICT OF WASHINGTON

ROGER SANDERS

          v.

LEWIS COUNTY JAIL,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C06-5720FDB

___   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX   **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court adopts the Report and Recommendation; and

The petition is **DISMISSED WITHOUT PREJUDICE** for the reasons stated in the Report and Recommendation.

    March 5, 2007                                                BRUCE RIFKIN
Date                                                           Clerk

                                                                  *s/CM Gonzalez*
                                                                  Deputy Clerk